UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND GASAWAY,<br><br>      Petitioner,<br><br>  v.<br><br>T. JUSINO,<br><br>      Respondent. | Case No. 5:21-cv-00055-JLS (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the Motion to Dismiss the Petition ("MTD"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge ("R&R"). Electronic Case Filing Number ("ECF No.") 1, Pet.; ECF No. 13, MTD; ECF No. 19, R&R. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that the MTD [ECF No. 13] is GRANTED, the Petition [ECF No. 1] is DENIED, and that Judgment be entered DISMISSING this action without prejudice.

Dated: July 16, 2021

                          HONORABLE JOSEPHINE L. STATON
                          United States District Judge