JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND GASAWAY,<br><br>    Petitioner,<br><br>  v.<br><br>T. JUSINO,<br><br>    Respondent. | Case No. 5:21-cv-00055-JLS (SHK)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: July 16, 2021

                         _____
                         HONORABLE JOSEPHINE L. STATON
                         United States District Judge